# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**THESESA BESTER**
    **Plaintiff,**

  v.                                                         **Case No. 14-C-413**

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
    **Defendant.**

## ORDER

Plaintiff Thesera Bester seeks judicial review of the denial of her application for social security disability benefits. Ordinarily, a plaintiff must pay a statutory filing fee to bring an action in federal court, 28 U.S.C. § 1914(a), but plaintiff requests leave to proceed in forma pauperis. Under 28 U.S.C. § 1915(a), an indigent party may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff has filed the required affidavit. Upon review of that affidavit, the court is satisfied that she satisfies the requirements of § 1915(a). Plaintiff avers that she is unemployed with no income other than $183/month in food stamps. She does not own any real estate, vehicles, or other valuable property, and lives with her brother, daughter, or a friend. Finally, plaintiff avers that she believes she is entitled to relief in this action, and on review of the complaint the court is unable to determine that the action is frivolous or that the complaint fails to state a claim.

**THEREFORE, IT IS ORDERED** that plaintiff's petition to proceed in forma pauperis (R. 2) is **GRANTED**. The file will be returned to the Clerk of Courts for service on defendant.

Plaintiff is advised to provide defendant or her counsel with copies of all future motions or papers filed by plaintiff in this action.

Dated at Milwaukee, Wisconsin this 11th day of April, 2014.

/s Lynn Adelman
_____
LYNN ADELMAN
District Judge